UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Susan W. Hanger,

Plaintiff,

Civil No. 01-1506 (RHK/RLE)

vs.

**ORDER**

County of Lake, a political subdivision of the State of Minnesota, et al.,

Defendants.

---

The Court's Notice of Assignment of Cases for Trial dated July 2, 2002 is **VACATED**. The above matter will be deemed ready for trial in accordance with the Amended Pretrial Order issued by Magistrate Judge Erickson on July 2, 2002.

Dated: July 8, 2002

RICHARD H. KYLE
United States District Judge

FILED JUL 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK