UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Susan W. Hanger,

Plaintiff,

vs. ORDER

Lake County, a political subdivision of the State of Minnesota; Wilma H. Clark, personally and individually; Clair A. Nelson, personally and individually; Sharon Hahn, personally and individually; Stanley Nelson, personally and individually; Derrick Goutermont, personally and individually; and Pamela Parkinson, personally and individually,

Defendants. Civ. No. 01-1506 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 15th day of July, 2002.

* * *

On July 12, 2002, the Court heard argument on the Lake County Defendants' informal Motion to Compel. At the time of the Hearing, the Plaintiff appeared by Steven W. Schneider, Esq., the Lake County Defendants, which include all of the Defendants except for Pamela Parkinson ("Parkinson"), appeared by Dyan J. Ebert, Esq., and Parkinson appeared pro se. For reasons expressed at the Hear-

21

FILED JUL 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ing, and briefly reiterated below, we grant the Lake County Defendants' Motion.

According to the Lake County Defendants, they served discovery upon the Plaintiff on March 28, 2002, and scheduled a deposition of the Plaintiff for July 10, 2002. Although the Lake County Defendants have inquired, on numerous occasions, hen the responses would be forthcoming, at the time of the Hearing, the Plaintiff had still not responded to the requests. Moreover, the Plaintiff did not appear at her scheduled deposition on July 10, 2002, due to a conflict.

At the Hearing, the Plaintiff advised that she was collating the information that responds to the discovery requests, and that the responses would be forthcoming during the week of July 15, 2002. The parties will also endeavor to schedule the Plaintiff's deposition for a mutually acceptable date. Therefore, we grant the Lake County Defendants' Motion to Compel, but remind both parties to diligently employ the remaining time for discovery, and to immediately contact the Court if they have any further discovery difficulties.

NOW, THEREFORE, It is --

ORDERED:

That the Defendants' informal Motion to Compel is GRANTED.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE