UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Susan W. Hanger,

Plaintiff,

Civil No. 01-1506 (RHK/RLE)

vs.

**ORDER**

County of Lake, a political subdivision of the State of Minnesota, et al.,

Defendants.

---

Defendants are directed to file a reply memorandum to Plaintiff's Memorandum in Opposition to Lake County Defendants Motion for Summary Judgment. The reply shall not exceed five pages in length and shall be served, filed and furnished to the undersigned by November 4, 2002.

Dated: October 28, 2002

RICHARD H. KYLE
United States District Judge

OCT 28 2002