**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SUSAN W. HANGER,

Plaintiff,

vs.

CV 01-1506 RHK/RLE

COUNTY OF LAKE,
et al

Defendants.

**NOTICE OF MOTION HEARING**

Defendant's Motion for Summary Judgment is re-scheduled to Monday, November 25, 2002, at 8:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

October 31, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed OCT 31 2002
Richard D. Sletten, Clerk

By: