**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

SUSAN W. HANGER,

Plaintiff,

vs. CV 01-1506 RHK/RLE

COUNTY OF LAKE, a political subdivision of the State of Minnesota, et al

Defendants.

**NOTICE OF HEARING**

The Motion for Summary Judgment is rescheduled to Monday, November 25, 2002, at 1:30 PM, before Judge Richard H. Kyle, in Courtroom #1 in **DULUTH, MINNESOTA**. Please note that the hearing is in Duluth.

November 18, 2002

RICHARD SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

NOV 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK