UNITED STATES DISTRICT COURT
--------------------------------------DISTRICT OF MINNESOTA--------------------------------------

Susan W. Hanger,

Plaintiff-Appellant,

**BILL OF COSTS**

vs.

Lake County, a political subdivision
Of the State of Minnesota, Wilma H. Clark,
personally and individually, Clair A. Nelson,
personally and individually, Sharon Hahn,
personally and individually, Stanley Nelson,
personally and individually, Derrick Goutermont,
personally and individually, Pamela Parkinson,
personally and individually,

Defendants-Appellees.

Case Number: CV-01-1506 (RHK/RLE)

Judgment having been entered in the above-entitled action on December 7, 2004 against Appellant, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ -0- |
| Fees for service of summons and subpoena | -0- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,452.30 |
| Fees and disbursements for printing | 96.95 |
| Fees for witnesses (itemize on reverse side) | -0- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 35.38 |
| Docket fees under 28 U.S.C. 1923 | 12.50 |
| Costs as shown on Mandate of Court of Appeals | -0- |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | -0- |
| Other costs (please itemize) | -0- |
| Total | 1,597.13 |
| | |

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to Steven W. Schneider, Reyelts, Leighton, Bateman, Hylden & Sturdevant, Ltd., 700 Providence Bldg., 332 W. Superior St., Duluth, MN 55802.

Signature of : **s/*Dyan J. Ebert***

Name of Dyan J. Ebert

For: Defendants-Appellees Date: December 17, 2004