UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

--------------- ----------------

Susan W. Hanger, CV-01-1506 (RHK/RLE)

Plaintiff-Appellant,

vs. **AFFIDAVIT OF DYAN J. EBERT**

Lake County, a political subdivision
Of the State of Minnesota, Wilma H. Clark,
personally and individually, Clair A. Nelson,
personally and individually, Sharon Hahn,
personally and individually, Stanley Nelson,
personally and individually, Derrick Goutermont,
personally and individually, Pamela Parkinson,
personally and individually,

Defendants-Appellees.

--------------- ---------------

STATE OF MINNESOTA )
)ss
COUNTY OF STEARNS )

Dyan J. Ebert, duly sworn on oath, herein states as follows:

1. I am one of the attorneys representing Defendants-Appellees in the above-referenced matter.

2. Enclosed as Exhibit A are true and correct copies of invoices for five (5) deposition transcripts used during Motion for Summary Judgment and Appeal of findings relative to this matter, totaling $1,452.30.

3. Enclosed as Exhibit B are true and correct copies of invoices for costs of copying and binding documents for use at Appeal, totaling $96.95.

4. Enclosed as Exhibit C is a true and correct copy of invoice for costs of copying relative to documentation for use at Motion for Summary Judgment, in the amount of $35.38.

5. Defendants-Appellees request the allowable fee for five (5) depositions used during Motion for Summary Judgment and Appeal of this matter at $2.50 each for a total of $12.50.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated: December 17, 2004

***s/ Dyan J. Ebert***
Dyan J. Ebert

Subscribed and sworn to before me
this 17th day of December, 2004.

***s/ Sandra K. Stewart***
Notary Public