# EXHIBIT A

**Braden, Undeland & Everson**
Registered Professional Reporters
404 Alworth Building
306 W. Superior Street
Duluth, Minnesota 55802
(218) 727-4255
1-800-450-4255
Fax (218) 727-4017

# INVOICE

Virginia Office:
(218) 741-7624
1-800-450-7624

Date: September 5, 2002
Invoice No: 3756

Bill
to: Dyan J. Ebert, Esq.
Quinlivan & Hughes
400 South First Street, Suite 600
P.O. Box 1008
St. Cloud, MN 56302

| Description | | Amount |
|---|---|---|
| IN RE: Susan W. Hanger, vs. Lake County, et al.<br><br>Fees for furnishing a copy of the deposiitons of DERRICK GOUTERMONT, SHARON HAHN, PAMELA PARKINSON, taken on August 23, 2002, Two Harbors, MN<br>(157 pages, copies and condensed tran. sent)<br>Express mail on 9-4-02:<br>Express mail on 9-5-02:<br>(Exhibits attached)<br><br>Thank You | | <br><br><br><br>$243.35<br>17.85<br>17.85 |
| Please Remit To: KATHLEEN M. UNDELAND<br>IRS: 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 | Total: | $279.05 |

Original - Client's copy
Canary - Please return with payment

Pink - Reporter's copy
Green - Agency copy

**Melissa Monson, Ltd.**
**Registered Professional Reporter**

# INVOICE

August 6, 2002
Invoice No. GCR-1094

Ms. Dyan J. Ebert
Attorney at Law
Quinlivan & Hughes, P.A.
400 South First Street
Suite 600
P.O. Box 1008
St. Cloud, Minnesota 56302-1008

Re: Hanger vs. Lake County, et al.

---

The original and one copy of the deposition transcript of **SUSAN WARNER HANGER**, taken on July 29, 2002, at Duluth, Minnesota ........................**$777.19**

---

Thank you for your business!

Melissa Monson

Melissa Monson, Ltd.
Registered Professional Reporter
(EIN 02-0586852)

(Original transcript delivered to Ms. Ebert.)

**(*Payment due within 30 days.)**

10664 County Road 5
St. Joseph, Minnesota 56374
Office: (320) 656-9274 Fax: (320) 656-0347

*Past-due accounts of 30 days are subject to a service charge of $50.00 and, in addition, at the rate of 1-1/2 % per month on unpaid balance.

**Melissa Monson, Ltd.**
**Registered Professional Reporter**

# INVOICE

August 6, 2002
Invoice No. GCR-1097

Ms. Dyan J. Ebert
Attorney at Law
Quinlivan & Hughes, P.A.
400 South First Street
Suite 600
P.O. Box 1008
St. Cloud, Minnesota 56302-1008

Re: Hanger vs. Lake County, et al.

---

One copy of the deposition transcripts of **CLAIR A. NELSON, WILLARD M. CLARK, and STANLEY A. NELSON,** taken on July 30, 2002, at Duluth, Minnesota .......................................................................................... **$396.06**

---

Thank you for your business!

Melissa Monson, Ltd.
Registered Professional Reporter
(EIN 02-0586852)

**(*Payment due within 30 days.)**

10664 County Road 5
St. Joseph, Minnesota 56374
Office: (320) 656-9274 Fax: (320) 656-0347

*Past-due accounts of 30 days are subject to a service charge of $50.00 and, in addition, at the rate of 1-1/2 % per month on unpaid balance

# EXHIBIT B

INVOICE
Official Bill of Sale
Terms Net 30 Days
Please Reference Invoice # Below

INVOICE#: 060500103552

Receipt #: 923084 Reg: 2 Page: 1
Account #: 0000480331 Card #: 0000
Customer #: QUINLIVAN & HUGHES-GE ERC
Auth. User : QUINLIVAN & HUGHES-GE ERC
Reference : 19243-11439
Tax Exempt #:

*Please remit payment to:*

**KINKO'S**
**CUSTOMER ADMINISTRATIVE SERVICES**
**P.O. BOX 672085**
**DALLAS, TX 75267-2085**

Date: 04/17/2003 1:51 PM Co-Worker: 99

| Qty/List | Disc. | Price | Amount |
|---|---|---|---|
| 1008 | FS B&W S/S WHITE STD | | 30.24 |
| 0.08 | 0.05 | 0.03 | |
| 25 | BIND VELO CARDSTOCK | | 86.25 |
| 3.45 | 0.00 | 3.45 | |

*Questions? Please call:*

**1-800-488-3705**

Extension: 3992
Jennifer Graham

SIGNATURE ON FILE

| | |
|---|---|
| SUBTOTAL | $116.49 |
| TOTAL DISCOUNT | ($25.88) |
| TAX | $6.34 |
| TOTAL | $96.95 |

Thank you for choosing Kinko's
St Cloud MN Downtown (320) 259-1224
2423 W Division St
St Cloud MN 56301

**Signature / Name Area**

**Electronically Reproduced Copy of Original**

**Visit the Kinko's Web Site at http://www.kinkos.com**

KIN001 PD2C2M KIN00117.RTP 00000049

060500103552

kinko's

*For the appropriate Payment Processing Center, please refer to map on reverse.*

*Questions? Please call:*
1-800-488-3705
24 hours/7 days a week

Job ordered by:

Phone Number/Ext.
( )

[redacted]

I am an authorized agent of the company and my signature authorizes the company to pay for all items reflected on this invoice. I will provide all necessary documentation to my company for them to process payment. I acknowledge that the company has received all items on this invoice.

Authorized Signature

Print Name

( )
Phone Number/Ext.

Visit the Kinko's Website at
www.kinkos.com

CUSTOMER COPY

INVOICE
Official Bill of Sale
Terms Net 30 Days
Please Reference Invoice #

Receipt #: 923084 Reg: 2 Page: 1
Account #: 0000480331 8000
Customer : QUINLIVAN & HUGHES-GE ERC
Auth. User: QUINLIVAN & HUGHES-GE ERC
Reference :
19243-11439

Date: 04/17/03 1:51 PM Co...

| Qty/List | Disc. | Pric... | Amo... |
|---|---|---|---|
| 1008 FS B&W S/S ... | | | |
| 0.08 | 0.05 | ... | ...24 T |
| 25 BIND VEL... | | | |
| 3.45 | 0. | ... | 86.25 T |

INVOICE

APR 16 ENT'D

| | |
|---|---|
| SUBTOTAL | 116.49 |
| %DISC AMOUNT | -25.88 |
| TAX | 6.34 |
| TOTAL | 96.95 |

Thank you for choosing Kinko's

Kinko's (320) 259-1224
2423 West Division,A
St. Cloud, MN 56301
TOTAL DISCOUNT: $76.28

# EXHIBIT C

060500103548

**kinko's**

*For the appropriate Payment Processing Center, please refer to map on reverse.*

*Questions? Please call:*
1-800-488-3705
24 hours/7 days a week

Job ordered by:

Phone Number/Ext.
( )

[redacted]

I am an authorized agent of the company and my signature authorizes the company to pay for all items reflected on this invoice. I will provide all necessary documentation to my company for them to process payment. I acknowledge that the company has received all goods on this invoice.

Authorized Signature

Print Name

( )
Phone Number/Ext.

Visit the Kinko's Website at
www.kinkos.com

CAS COPY

INVOICE
. Bill of Sale
Terms Net 30 Days
Please Reference Invoice #

Receipt #: 923098 Reg: 2 Page: 1
Account #: 0000480331 0000
Customer : QUINLIVAN & HUGHES-GE ERC
Auth. User: QUINLIVAN & HUGHES-GE ERC
Reference :
19243-11439

Date: 04/17/03 1:04 PM Co-Worker
Qty/List Disc. Price Amount

FB BW S/S WHITE STD
0.08 0.05
BIND VELO GANGSTICK-STANDARD
3.45 0.08 ... 4.15 T

| | |
|---|---|
| SUBTOTAL | 40.32 |
| %DISC AMOUNT | -7.25 |
| TAX | 2.31 |
| TOTAL | 35.38 |

Thank you for choosing Kinko's

Kinko's (320) 259-1224
2423 West Division,A
St. Cloud, MN 56301
TOTAL DISCOUNT: $34.20

INVOICE

DJG
JUN 0 2 ENT'D

Look → cky thru #2
Steve Nelson
Lake County (Hanger)

VENDOR: KIN-RA Kinko's, Inc.

CHECK NO: 032636

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| 60461 | 19243-11439 | 6/02/03 | 35.38 | 35.38 | .00 |

Ref: Lake County (hanger)

INV # 06050010354B

INV Date 4/17/03

Check Total 35.38

AMERICAN HERITAGE NATIONAL BANK
ST. CLOUD · LONG PRAIRIE · BROWERVILLE
PH. (320)654-9555 · 2915 2ND ST. S. · ST. CLOUD, MN 56301
75-305-919

QUINLIVAN & HUGHES, P.A.
OFFICE ACCOUNT
P.O. BOX 1008
400 1ST ST. SO. STE. 600 PH. 320-251-1414
ST. CLOUD, MN 56301

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 032636 | 06/02/03 | KIN-RA |

PAY

THIRTY-FIVE AND 38/100 DOLLARS*********************

CHECK AMOUNT
$***********35.38

TO THE ORDER OF
Kinko's, Inc.
2423 West Division St.
St. Cloud, MN 56301

VOID AFTER 90 DAYS

NOT NEGOTIABLE

⑈032636⑈ ⑆091905051⑆ [illegible]