# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2004, I caused the following documents:

Bill of Costs
Affidavit of Dyan J. Ebert
Exhibits
Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven Schneider at schneider@halversonwatters.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

**s/ Dyan J. Ebert**
Dyan J. Ebert
Reg. No. 0237966
Attorney for Defendants-Appellees
Quinlivan & Hughes, P.A.
400 South First Street, Ste. 600
P. O. Box 1008
St. Cloud, MN 56302-1008
(320) 251-1414
(320) 251-1415 (fax)
debert@quinlivan.com