UNITED STATES DISTRICT COURT
--------------------------------------DISTRICT OF MINNESOTA--------------------------------------

Susan W. Hanger,

Plaintiff-Appellant,

**BILL OF COSTS**

vs.

Lake County, a political subdivision
Of the State of Minnesota, Wilma H. Clark,
personally and individually, Clair A. Nelson,
personally and individually, Sharon Hahn,
personally and individually, Stanley Nelson,
personally and individually, Derrick Goutermont,
personally and individually, Pamela Parkinson,
personally and individually,

Defendants-Appellees.

Case Number: CV-01-1506 (RHK/RLE)

Judgment having been entered in the above-entitled action on December 7, 2004 against Appellant, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ -0- |
| Fees for service of summons and subpoena | -0- |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,452.30 |
| Fees and disbursements for printing | 96.95 |
| Fees for witnesses (itemize on reverse side) | -0- |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 35.38 |
| Docket fees under 28 U.S.C. 1923 | 12.50 |
| Costs as shown on Mandate of Court of Appeals | -0- |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | -0- |
| Other costs (please itemize) | -0- |
| Total | 1,597.13 |

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to Steven W. Schneider, Reyelts, Leighton, Bateman, Hylden & Sturdevant, Ltd., 700 Providence Bldg., 332 W. Superior St., Duluth, MN 55802.

Signature of ***s/ Dyan J. Ebert***

Name of Dyan J. Ebert

For: Defendants-Appellees Date: February 22, 2005

# EXPLANATION OF DOCUMENTATION

**Court Reporter Fees - $1,452.30**

Attached please find invoices and proof of payment for five (5) deposition transcripts used at at Motion for Summary Judgment and Appeal of findings.

**Disbursements for Printing - $96.96**

Attached please find invoices for costs of copying and binding documents for use at Appeal.

**Disbusements for Copying - $35.38**

Attached please find invoice for costs of copying relative to documentation used at Motion for Summary Judgment.

**Docket Fees - $12.50**

Allowable fee for 5 depositions at $2.50 each.

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF MINNESOTA )
)ss
COUNTY OF STEARNS )

The undersigned, being first duly sworn, says that on the ____ day of _________, 2004, (s)he served the attached **Bill of Costs** on the following person(s):

Steven W. Schneider
Reyelts, Leighton, Bateman, Hylden & Sturdevant, Ltd.
700 Providence Bldg.
332 W. Superior St.
Duluth, MN 55802

by depositing in the United States Post Office at St. Cloud, Minnesota, a true and correct copy thereof, enclosed in separate sealed envelope with postage thereon fully prepaid for regular mail, addressed to each person above named at the above address.

That the undersigned knows the person served to be the person named in the papers and is the person intended to be served.

______________________________

Subscribed and sworn to before me
on the ____ day of __________, 2004.

______________________________
Notary Public