UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

---------------

CV-01-1506 (RHK/RLE)

Susan W. Hanger,

Plaintiff,

vs.

Lake County, a political subdivision Of the State of Minnesota, Wilma H. Clark, personally and individually, Clair A. Nelson, personally and individually, Sharon Hahn, personally and individually, Stanley Nelson, personally and individually, Derrick Goutermont, personally and individually, Pamela Parkinson, personally and individually,

Defendants.

**CERTIFICATE OF SERVICE**

Jury Trial Demanded

---------------

I hereby certify that on February 22, 2005, I caused the following documents:

Bill of Costs
Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven Schneider at schneider@halversonwatters.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

**s/ <u>Dyan J. Ebert</u>**

Dyan J. Ebert , # 0237966
Attorney for Defendants-Appellees
Quinlivan & Hughes, P.A.
400 South First Street, Ste. 600
P. O. Box 1008
St. Cloud, MN 56302-1008
320-251-1414
320-251-1415 (fax)
debert@quinlivan.com