UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

---

Susan W. Hanger, **CV-01-1506 (RHK/RLE)**

Plaintiff,

vs.

Lake County, a political subdivision of the State of Minnesota, Wilma H. Clark, personally and individually, Clair A. Nelson. personally and individually, Sharon Hahn, personally and individually, Stanley Nelson, personally and individually, Derrick Goutermont, personally and individually, and Pamela Parkinson, personally and individually,

Defendants.

---

**Certificate Of Service**

---

I hereby certify that on March 7, 2005, I caused the following documents:

**Objections to Bill of Costs**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Dyan J. Ebert at debert@quinlivan.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

Dated: March 7, 2005.

**Schneider Law Office**

**s/ Steven W. Schneider**
Steven W. Schneider #130795
*Attorney for Susan W. Hanger*
P.O. Box 16
Duluth, MN 55801-0016
218.391.4315
218.724.7841 (Fax)