UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

--------------- --------------

Susan W. Hanger, CV-01-1506 (RHK/RLE)

Plaintiff-Appellant,

vs. **AFFIDAVIT OF DYAN J. EBERT**

Lake County, a political subdivision
Of the State of Minnesota, Wilma H. Clark,
personally and individually, Clair A. Nelson,
personally and individually, Sharon Hahn,
personally and individually, Stanley Nelson,
personally and individually, Derrick Goutermont,
personally and individually, Pamela Parkinson,
personally and individually,

Defendants-Appellees.

--------------- ---------------

STATE OF MINNESOTA )
)ss
COUNTY OF STEARNS )

Dyan J. Ebert, duly sworn on oath, herein states as follows:

1. I am one of the attorneys representing Defendants-Appellees in the above-referenced matter.

2. Enclosed as Exhibit A is a true and correct copy of the decision of Shimek v. Michael Weinig AG, 2003 W.L. 328038 (D. Minn. 1003).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

***s/ Dyan J. Ebert***
Dyan J. Ebert

Subscribed and sworn to before me
this 10th day of March, 2004.

***s/ Sandra K. Stewart***
Notary Public