UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

--------------- CV-01-1506 (RHK/RLE)

Susan W. Hanger,

Plaintiff,

**CERTIFICATE OF SERVICE**

vs.

Lake County, a political subdivision Of the State of Minnesota, Wilma H. Clark, personally and individually, Clair A. Nelson, personally and individually, Sharon Hahn, personally and individually, Stanley Nelson, personally and individually, Derrick Goutermont, personally and individually, Pamela Parkinson, personally and individually,

Defendants.

Jury Trial Demanded

--------------- ---------------

I hereby certify that on March 10, 2005, I caused the following documents:

Memorandum of Law in Opposition to Plaintiff's Objection to Defendants' Bill of Costs
Affdiavit of Dyan J. Ebert with Exhibit
Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Steven Schneider, schneiderlaw@charter.net

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Pamela Parkinson
517 2nd Ave
Two Harbors, MN 55616

**s/ <u>Dyan J. Ebert</u>**
Dyan J. Ebert
Reg. No. 0237966
Attorney for Lake County Defendants
Quinlivan & Hughes, P.A.
400 South First Street, Ste. 600
P. O. Box 1008
St. Cloud, MN 56302-1008
320-251-1414
320-251-1415 (fax)
debert@quinlivan.com