**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Susan W. Hanger,

Plaintiff, Civil No. 01-1506 (RHK/RLE)

v.

Lake County, a political
subdivision, et al.,

Defendants.

COST JUDGMENT

Costs have been taxed and allowed by the Clerk of this Court as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $1,452.30 | $1,452.30 |
| Fees and Disbursements for Printing | $96.95 | $96.95 |
| Fees for Exemplification and Copies | $35.38 | $0 |
| Docket Fees under 28 U.S.C. § 1923 | $12.50 | $12.50 |
| TOTAL: | $1,597.13 | $1,561.75 |

Costs, therefore, are taxed in the sum of One Thousand Five Hundred Sixty One and 75/100 Dollars ($1,561.75) in favor of Defendants Lake County, et al., and against Plaintiff Susan W. Hanger, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of June 30, 2005.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk