# TAXATION OF COSTS SUMMARY

Civil No. 01-1506 (RHK/RLE)

Susan W. Hanger,

v.

Lake County, a political
subdivision, et al.

---

I. Fees of the Court Reporter

Claimed $1,452.30 Allowed $1,452.30

II. Fees and Disbursements for Printing

Claimed $96.95 Allowed $96.95

III. Fees and Disbursements for Printing

Claimed $35.38 Allowed $0

The April 17, 2003, invoice for Printing and Binding Costs, Ebert Aff., ¶ 4; Exh. C; [Docket No. 50], not shown to be obtained necessarily for use in the case.

IV. Docket Fees under 28 U.S.C. § 1923

Claimed $12.50 Allowed $12.50

**TOTAL ALLOWED: $1,561.75**

Dated: June 30, 2005